Ralph P. Guenther, Esq. 124245
rguenther@montereylaw.com
DOUGHERTY & GUENTHER, APC
601 S Main Street
Salinas, CA 93901

(831) 783-3440

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 16-53536 HLB |
| MARCOS U GONZALEZ, | Chapter 13 |
| Debtor. | **Hearing Information** |
| | Date: November 7, 2018<br>Time: 11:30 a.m.<br>1000 S. Main Street, Room 214<br>Salinas, CA 93901 |
| _____/ | Judge: Hon. Hannah L. Blumenstiel |

**DEBTOR'S FURTHER OPPOSITION TO MOTION FOR RELIEF FROM STAY**

Debtor has provided Creditor with evidence of one missing payment which was not included in the Creditors accounting. Debtor will consent to an Adequate Protection Order requiring Debtor to become current, post-petition, within twelve months. Debtor further requests that the first payment be due December 15, 2018.

Dated: November 2, 2018                         DOUGHERTY & GUENTHER, APC


                                                 */s/ Ralph P. Guenther*
                                                 RALPH P. GUENTHER
                                                 Attorney for Debtor

# CERTIFICATE OF SERVICE
**[B.R. 7005, F.R.C.P. 5]**

I declare as follows: I am a citizen of the United States. I am employed in the County of Monterey, California. My business address is 601 S. Main Street, Salinas, CA 93901. I am over the age of 18 years and am not a party to the within entitled cause. I am familiar with the processing of correspondence for mailing with the United States Postal Service. Correspondence placed in the internal mail collection system at Dougherty & Guenther is deposited with the United States Postal Service that same day in the ordinary course of business.

On **November 2, 2018** a true and accurate photo-copy of the following documents:

**DEBTOR'S FURTHER OPPOSITION TO MOTION FOR RELIEF FROM STAY**

was placed for service, in Dougherty & Guenther's internal mail collection system, in a sealed envelope to be delivered by mail with the United States Postal Service with postage prepaid, postage addressed as follows:

| | |
|---|---|
| Office of the U.S. Trustee/SJ<br>U.S. Federal Building<br>280 S. 1st Street #268<br>San Jose, CA 95113-3004<br>*Served Electronically Only* | **Chapter 13 Trustee**<br>Devin Derham-Burk, Trustee<br>P.O. Box 50013<br>San Jose, CA 95150<br>*Served Electronically Only* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on **November 2, 2018,** at Salinas, California.

*/s/ Laura Galvan*
Laura Galvan